NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, INTERACTIVE GAMES LLC,**
*Plaintiffs-Appellants*

**v.**

**FANDUEL, INC.,**
*Defendant-Appellee*

---

2020-1695

---

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-01041-RGA, Judge Richard G. Andrews.

---

**JUDGMENT**

---

JASON LEE ROMRELL, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for plaintiffs-appellants.  Also represented by JAMES R. BARNEY, CORA RENAE HOLT, J. MICHAEL JAKES, ROBERT SHAFFER.

MEGAN JOANNA REDMOND, Erise IP, P.A., Overland Park, KS, argued for defendant-appellee. Also represented by CAROLINE A. BADER, ERIC ALLAN BURESH.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| September 10, 2021 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |